**Dismissed and Memorandum Opinion filed October 11, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00380-CV

**ABAYOMI AINA, Appellant**

**V.**

**ADEMOLA OSINOWO, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1182155**

## MEMORANDUM OPINION

This appeal is from a judgment signed May 12, 2022. The clerk's record was filed July 18, 2022. No brief was filed.

On August 25, 2022, this court issued an order stating that unless appellant filed a brief on or before September 26, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer